## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:12CR107** |
| vs. | |
| **TABATHA N. ASHBURN,** | **AMENDED ORDER** |
| Defendant. | |

This matter is before the court on the defendant's Motion for Noncustodial Transportation and Per Diem Expenses wherein the defendant seeks an Order authorizing noncustodial transportation of the defendant by the Unites States Marshal and a subsistence allowance. **See** Filing No. 163. The court, having been fully advised in the premises finds that the defendant's Motion as it relates to noncustodial transportation should be granted. Accordingly,

**IT IS ORDERED** that pursuant to 18 U.S.C. § 4285 and in the exercise of the court's discretion under the circumstances of this case that the United States Marshal provide noncustodial transportation for the defendant from Omaha, Nebraska, to Honolulu, Hawaii, forthwith. The part of the defendant's Motion for subsistence is denied.

Dated this 9th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge